FILED

UNITED STATES DISTRICT COURT  2019 OCT 16 PM 2:10
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 8:19-cr-490T35cpT

18 U.S.C. § 2252(a)(2)
MATTHEW WILLIAM JOSEPH ENHOFFER   18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 15, 2018, in the Middle District of Florida, and elsewhere, the defendant,

MATTHEW WILLIAM JOSEPH ENHOFFER,

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT TWO

On or about July 17, 2018, in the Middle District of Florida, and elsewhere, the defendant,

MATTHEW WILLIAM JOSEPH ENHOFFER,

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

Beginning on an unknown date, but no later than on or about September 11, 2019, in the Middle District of Florida, and elsewhere, the defendant,

MATTHEW WILLIAM JOSEPH ENHOFFER,

did knowingly possess and access with intent to view a matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and when the production of the visual depiction involved the use of a minor

engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One, Two, and Three are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2252(a)(2) and/or 2252(a)(4)(B), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: Apple Mac G5 desktop computer, Apple MacBook Pro laptop

computer, Apple MacBook Air laptop computer, Apple iPad, Apple iPhone X, and Dell Inspiron 8600 laptop computer.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section

FORM OBD-34
October 19

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW WILLIAM JOSEPH ENHOFFER

## INDICTMENT

Violations: 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 16th day

of October, 2019.

_____
Clerk

Bail $_____

GPO 863 525